EVALINE B. RAY CAMPBELL, PLAINTIFF-RESPONDENT, CROSS-APPELLANT, v. GLADYS A. RAY, GUARDIAN OF LISA RAY, A MINOR AND AS ADMINISTRATIX OF THE ESTATE OF BURT R. RAY, DECEASED, DEFENDANT-APPELLANT, CROSS-RESPONDENT.

Argued April 22, 1970—Decided May 4, 1970.

*Mr. Murray Greiman* argued the cause for defendant-appellant, cross-respondent (*Messrs. Lifland* and *Greiman,* attorneys).

*Mr. Jesse Moskowitz* argued the cause for plaintiff-respondent, cross-appellant.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion per curiam in the Appellate Division, 107 *N. J. Super.* 509.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-MAN—7.

*For reversal*—None.